IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

           Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE,

           Defendant.

Case No. 19-cv-726 (EGS)

## DEFENDANT'S ANSWER

Defendant United States Department of Justice, by and through its undersigned counsel, hereby answers Plaintiff's Complaint, ECF No. 1, as follows.

The opening unnumbered paragraph consists of Plaintiff's characterization of this lawsuit, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief it seeks.

1.     Paragraph 1 consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

2.     Paragraph 2 consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

3.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3.

4.     Defendant admits the first and third sentences of Paragraph 4. The second sentence of Paragraph 4 consists of legal conclusions and Plaintiff's characterization of its claims, to which no response is required.

5. Paragraph 5 consists of Plaintiff's characterization of this lawsuit, to which no response is required.

6. Defendant admits that Plaintiff submitted to the FBI a request pursuant to the Freedom of Information Act ("FOIA") on May 21, 2018; Defendant respectfully refers the Court to that document for a complete and accurate statement of its contents.

7. Defendant admits that the FBI sent Plaintiff a letter on May 30, 2018 and that Plaintiff's request was assigned FOIPA Request No. 1406737-000; Defendant respectfully refers the Court to the letter for a complete and accurate statement of its contents.

8. Defendant admits that the FBI sent Plaintiff a letter on June 18, 2018, in which it stated that the material requested in FOIPA Request No. 1406737-000 was exempt from disclosure pursuant to 5 U.S.C. § 552(b)(7)(A); Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

9. Defendant admits that Plaintiff submitted an appeal to Defendant in relation to FOIPA Request No. 1406737-000 on July 18, 2018; Defendant respectfully refers the Court to that document for a complete and accurate statement of its contents.

10. Defendant admits that the Office of Information Policy ("OIP") sent a letter to Plaintiff on July 31, 2018 and that Plaintiff's appeal was assigned number DOJ-AP-2018-007286; Defendant respectfully refers the Court to the letter for a complete and accurate statement of its contents.

11. Defendant admits that OIP sent an email letter to Plaintiff on September 27, 2018 and that it affirmed FBI's action on FOIPA Request No. 1406737-000; Defendant respectfully refers the Court to the letter for a complete and accurate statement of its contents.

12. Defendant admits that Plaintiff submitted to OIP a request pursuant to the FOIA on May 21, 2018; Defendant respectfully refers the Court to that document for a complete and accurate statement of its contents.

13. Defendant admits that OIP transmitted a notice to Plaintiff on June 5, 2018, which stated that Plaintiff's request had tracking number DOJ-2018-005906. Defendant avers that the request alleged in Paragraph 12 of the Complaint has also been assigned the additional tracking number DOJ-2018-006367.

14. Defendant denies the first sentence of Paragraph 14, except to admit that OIP sent a letter to Plaintiff on July 3, 2018, in which it invoked 5 U.S.C. § 552(a)(6)(B)(i)-(iii); Defendant respectfully refers the Court to the letter for a complete and accurate statement of its contents. As to the second sentence of Paragraph 14, Defendant admits that OIP has not transmitted to Plaintiff any communication concerning the request alleged in Paragraph 12 of the Complaint since July 3, 2018.

15. Defendant denies Paragraph 15, except to admit that OIP has not yet issued a determination whether to comply with the request alleged in Paragraph 12 of the Complaint.

16. In Paragraph 16, Plaintiff realleges Paragraphs 1 through 15 as if fully stated therein. Defendant thus incorporates by reference here its answers to those paragraphs.

17. Paragraph 17 consists of legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief it seeks.

18. Paragraph 18 consists of legal conclusions, to which no response is required.

19. Paragraph 19 consists of legal conclusions, to which no response is required.

20. Paragraph 20 consists of legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief it seeks.

The final unnumbered paragraph of the Complaint consists of Plaintiff's request for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested.

Each and every allegation of the Complaint not heretofore expressly responded to is hereby denied.

## DEFENSES

1. Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

2. Plaintiff is not entitled to compel production of documents exempt from disclosure by one or more exemptions of the FOIA or that do not constitute "records" as defined by the FOIA, 5 U.S.C. § 552.

WHEREFORE, having answered, Defendant prays that:

1. This Court enter judgment for Defendant and dismiss this action with prejudice; and

2. Defendant be granted such further relief as the Court may deem just and proper.

Dated: April 22, 2019             Respectfully submitted,

HASHIM M. MOOPPAN
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)

4

Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW, Room 11218
Washington, DC 20005
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Answer with the Clerk of the Court through the ECF system on April 22, 2019. This system provided a copy to and effected service of this document on all parties.

                                       /s/ *James Powers*
                                       JAMES R. POWERS