IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 19-cv-726 (EGS) |

## JOINT STATUS REPORT AND SCHEDULING PROPOSAL

Pursuant to the Court's Minute Order signed May 2, 2019, the parties submit the following joint status report and scheduling proposal, addressing the topics specified in the Court's order.

### 1–3. The status of Plaintiff's FOIA requests, the anticipated number of documents responsive to the requests, and the anticipated date(s) for release of documents

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice Office of Information Policy ("OIP"), Compl. ¶ 12. Searches by the FBI and OIP in response to these two requests are currently pending. Because search efforts are ongoing, Defendant is currently unable to estimate the anticipated number of documents responsive to Plaintiff's FOIA requests, or a schedule for processing records in response to the requests. The parties intend to negotiate an agreement regarding a schedule for the review and release of non-exempt records responsive to Plaintiff's requests when additional information regarding the searches is available.

In light of the foregoing status, the parties propose filing a further joint status report within 3 months, by August 23, 2019, to provide the Court with a further update regarding the status of these matters.

4. **Whether a motion for an Open America stay is likely in this case**

Defendant states that, given the status of Plaintiff's FOIA requests, it is currently unable to determine whether a motion for an Open America stay is likely.

5. **Whether a *Vaughn* index will be required in this case**

It is currently unclear whether a *Vaughn* index will be required in this case.

6. **Whether this case would benefit from referral to a magistrate judge or the District Court Mediation Program for purposes of settlement**

The parties do not believe that this case would benefit from such a referral.

7. **A proposed briefing schedule for dispositive motions**

Upon completion of production in response to Plaintiff's FOIA requests, the parties agree to meet and confer regarding any outstanding issues for resolution by the Court and, if necessary, a proposed schedule for briefing and submission of a *Vaughn* index if appropriate. The parties propose to submit a joint status report concerning these matters within 30 days of Defendant notifying Plaintiff that it has completed its response to Plaintiff's two FOIA requests.

|  |  |
|---|---|
| /s/ *Eric W. Lee* | HASHIM M. MOOPPAN |
| Eric W. Lee | Deputy Assistant Attorney General |
| D.C. Bar No. 1049158 |  |
| Ramona R. Cotca | ELIZABETH J. SHAPIRO |
| D.C. Bar No. 501159 | Deputy Director |
| JUDICIAL WATCH, INC. |  |
| 425 Third Street, S.W., Suite 800 | /s/ *James Powers* |
| Washington, DC 20024 | JAMES R. POWERS |
| (202) 646-5172 | (TX Bar No. 24092989) |
| elee@judicialwatch.org | Trial Attorney |
|  | U.S. Department of Justice |
| *Counsel for Plaintiff* | Civil Division, Federal Programs Branch |
|  | 1100 L Street, NW |
|  | Washington, DC  20005 |
|  | Phone: (202) 353-0543 |
|  | Email: james.r.powers@usdoj.gov |
|  |  |
|  | *Counsel for Defendant* |