IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Case No. 19-cv-726 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order signed May 29, 2019, the parties submit the following joint status report.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice Office of Information Policy ("OIP"), Compl. ¶ 12. The status of each request is as follows:

*Request to FBI:*   FBI has completed its search in response to Plaintiff's request and has identified approximately 1,145 pages of potentially responsive records. FBI proposes making an interim release of responsive, non-exempt records on December 6, 2019, followed by a final release on January 6, 2020.

*Request to OIP*:   OIP has initiated a search in response to Plaintiff's request. Due to an ongoing backlog of FOIA requests at the agency, OIP does not anticipate receiving the initial results of that search until late November or early December of this year. At that time, the Parties will have additional information regarding the number of potentially responsive records at issue and will seek to reach an agreement regarding a schedule for processing and production of responsive, non-exempt records.

In light of the foregoing, the Parties propose filing a further Joint Status Report by January 10, 2020, to provide the Court further information concerning the status of these requests.

Dated: August 23, 2019

Respectfully submitted,

/s/ *Eric W. Lee*
Eric W. Lee
D.C. Bar No. 1049158
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
elee@judicialwatch.org

*Counsel for Plaintiff*

HASHIM M. MOOPPAN
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *James Powers*
JAMES R. POWERS
(TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*