**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Case No. 19-cv-726 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order signed August 26, 2019, the parties submit the following joint status report.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice Office of Information Policy ("OIP"), Compl. ¶ 12. The status of each request is as follows:

*Request to FBI:*          Consistent with the parties' prior joint status report, FBI made an interim release of responsive, non-exempt records on December 6, 2019. FBI anticipates making a further interim release on January 20, 2020, followed by a final release on February 6, 2020. FBI previously anticipated a final release on January 6, 2020. The brief delay in completion of processing from FBI's previous estimate is due to (1) FBI's need to consult with other executive agencies concerning certain documents and (2) FBI's need to further review its response in light of the Department of Justice Office of Inspector General report released on December 9, 2019, *Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation*. The information contained in this report may bear on the FBI's response to the request, including the redactions applied.

*Request to OIP*:        OIP has executed a search pursuant to the request and a review of potentially responsive records is ongoing.  Based on a partial responsiveness review, OIP has identified at least 36 responsive records.  OIP anticipates providing an interim response to the FOIA request within 6 weeks and, before then, providing Plaintiff an estimated timeframe for completion of OIP's response to the request.

In light of the foregoing, the Parties propose filing a further Joint Status Report in 2 months, by March 10, 2020, to provide the Court further information concerning the status of these requests.

Dated: January 10, 2020

Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

/s/ *Eric W. Lee*
Eric W. Lee
D.C. Bar No. 1049158
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
elee@judicialwatch.org

*Counsel for Plaintiff*

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *James Powers*
JAMES R. POWERS
(TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*