# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 19-cv-726 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order signed January 10, 2020, the parties submit the following joint status report.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice ("DOJ") Office of Information Policy ("OIP"), Compl. ¶ 12. The status of each request is as follows:

*Request to FBI:*   Consistent with the parties' prior joint status report, FBI made an interim release of responsive, non-exempt records on January 21, 2020.  Although FBI anticipated making a final release on February 6, 2020, it was unable to do so in light of the need to consult with other executive agencies concerning certain documents.  FBI made a further interim release on March 9, 2020 following the partial completion of this process.  Two consultation processes are unfinished: (1) DOJ National Security Division (9 pages) and (2) Office of the Director of National Intelligence (5 pages).  FBI has also referred 13 pages to OIP for direct response.  With the understanding that FBI cannot control these third party entities, FBI anticipates making its final release in response to Plaintiff's request by April 9, 2020.

*Request to OIP*: OIP has executed a search pursuant to the request and a review of potentially responsive records is ongoing. OIP made an interim response to Plaintiff's request on February 20, 2020; the release contained 257 pages of records released in whole or in part, as well as 130 pages of records withheld in full. OIP has determined that approximately 540 pages of records remain to be processed. OIP anticipates making one further interim release in 6 weeks (on April 21, 2020) and a final release 6 weeks thereafter (on June 2, 2020).

In light of the foregoing, the Parties propose filing a further Joint Status Report in 3 months, by June 9, 2020, to provide the Court further information concerning the status of these requests.

Dated: March 10, 2020

/s/ *Eric W. Lee*
Eric W. Lee
D.C. Bar No. 1049158
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
elee@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *James Powers*
JAMES R. POWERS
(TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*