IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

          Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE,

          Defendant.

Case No. 19-cv-726 (EGS)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order signed March 10, 2020, the parties submit the following joint status report and attached proposed order.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice ("DOJ") Office of Information Policy ("OIP"), Compl. ¶ 12. The status of each request is as follows:

*Request to FBI:*  FBI has completed its response. Defendant notes that FBI has referred a small number of potentially responsive documents to OIP for review and direct response. OIP anticipates completing its processing of these documents, including production of any non-exempt responsive records, by July 2, 2020.

*Request to OIP*:  OIP has completed its response (subject to the anticipated release of records described above in response to the request directed to FBI).

In light of the foregoing, the Parties propose filing a further Joint Status Report in 2 months, by August 10, 2020. The Parties will meet and confer before that date regarding the disclosures made and, to the extent any disputes remain as of August 10, will propose a schedule for summary judgment.

Dated:  June 9, 2020                     Respectfully submitted,

                                                  ETHAN P. DAVIS
/s/ *Eric W. Lee*                        Principal Deputy Assistant Attorney General
Eric W. Lee
D.C. Bar No. 1049158                     ELIZABETH J. SHAPIRO
Ramona R. Cotca                          Deputy Director
D.C. Bar No. 501159
JUDICIAL WATCH, INC.                     /s/ *James Powers*
425 Third Street, S.W., Suite 800        JAMES R. POWERS
Washington, DC 20024                     (TX Bar No. 24092989)
(202) 646-5172                           Trial Attorney
elee@judicialwatch.org                   U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                  1100 L Street, NW
                                         Washington, DC  20005
                                         Phone: (202) 353-0543
                                         Email: james.r.powers@usdoj.gov

                                         *Counsel for Defendant*

2