IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 19-cv-726 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order signed June 10, 2020, the Parties submit the following joint status report and attached proposed order.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice ("DOJ") Office of Information Policy ("OIP"), Compl. ¶ 12. OIP and FBI have completed their responses to the requests.  Plaintiff has asked that OIP and FBI provide additional information to assist in their review and assessment of the agencies' disclosures. Pursuant to this request, OIP and FBI have respectively agreed to provide Plaintiff a draft *Vaughn* index for all documents withheld in full and a draft description of the search methodology employed in responding to the FOIA requests.  In light of the press of business in various matters being handled by the relevant employees at each agency, OIP and FBI anticipate providing this information within 60 and 90 days, respectively.

Given the foregoing, the Parties are not yet able to propose a schedule for summary judgment, if any.  The Parties respectfully propose filing a further joint status report in 120 days, or December 8, 2020, which the Parties anticipate will provide adequate time to meet and confer regarding Defendant's response to the FOIA requests.

| | |
|---|---|
| Dated: August 10, 2020 | Respectfully submitted, |
| | ETHAN P. DAVIS |
| /s/ *Eric W. Lee* | Acting Assistant Attorney General |
| Eric W. Lee | |
| D.C. Bar No. 1049158 | ELIZABETH J. SHAPIRO |
| Ramona R. Cotca | Deputy Director |
| D.C. Bar No. 501159 | |
| JUDICIAL WATCH, INC. | /s/ *James Powers* |
| 425 Third Street, S.W., Suite 800 | JAMES R. POWERS |
| Washington, DC 20024 | (TX Bar No. 24092989) |
| (202) 646-5172 | Trial Attorney |
| elee@judicialwatch.org | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| *Counsel for Plaintiff* | 1100 L Street, NW |
| | Washington, DC 20005 |
| | Phone: (202) 353-0543 |
| | Email: james.r.powers@usdoj.gov |
| | |
| | *Counsel for Defendant* |