**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 19-cv-726 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order signed December 8, 2020, the Parties submit the following joint status report and attached proposed order.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice ("DOJ") Office of Information Policy ("OIP"), Compl. ¶ 12. FBI has completed its response to the request and, at Plaintiff's request, provided Plaintiff with a draft *Vaughn* index for all documents withheld in full and a draft description of the search methodology employed in responding to the FOIA requests. Plaintiff is currently evaluating FBI's search and disclosures.

OIP has provided the same information to Plaintiff regarding its response to the request and the Parties have met and conferred regarding OIP's search and disclosures. In the course of those discussions, OIP discovered that it had inadvertently excluded certain custodians from its search that may possess responsive records. OIP informed Plaintiff and initiated a supplemental search. Plaintiff concurs that a supplemental search should be made. OIP anticipates that it will be in a position to evaluate the results of this search and to confer with Plaintiff regarding a timeframe for further disclosures, if any, by early February.

In light of the foregoing status, the Parties propose filing a further joint status report by March 16, 2021, in which they anticipate providing further information regarding the status of OIP's supplemental search or, if possible, proposing a schedule for summary judgment briefing in this litigation.

Dated: January 14, 2021

Respectfully submitted,

/s/ *Eric W. Lee* _____
Eric W. Lee
D.C. Bar No. 1049158
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
elee@judicialwatch.org

*Counsel for Plaintiff*

JENNIFER B. DICKEY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *James Powers* _____
JAMES R. POWERS
(TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*