IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. 19-cv-726 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order signed March 16, 2021, the Parties submit the following joint status report and attached proposed order.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice ("DOJ") Office of Information Policy ("OIP"), Compl. ¶ 12. FBI has completed its response to the request and, at Plaintiff's request and for negotiation purposes, provided Plaintiff with a *Vaughn* index for all documents withheld in full and a description of the search methodology employed in responding to the FOIA request. Plaintiff is currently evaluating FBI's search and disclosures.

OIP has provided the same information to Plaintiff regarding its response to the request and the Parties have met and conferred regarding OIP's search and disclosures. As previously reported to the Court, ECF No. 15, OIP discovered that it had inadvertently excluded certain custodians from its search that may possess responsive records. OIP informed Plaintiff and completed a supplemental search, identifying approximately 545 pages of potentially responsive records. OIP provided an interim release of 257 pages to Plaintiff on May 6, 2021, with the remaining 289 pages outstanding in consultation with other agencies with equities in these records.

OIP also recently conducted a supplemental search on classified systems for records responsive to the request pursuant to a lead identified in the unclassified search. OIP identified approximately 104 additional pages containing records responsive to Plaintiff's request and has reviewed the records, but is unable to complete processing at this time as these records are currently also in the consultation process with other Department components. These classified records were sent out for consultation last week.

Although OIP is unable to control the timing of the consultation process with other agencies, OIP anticipates that the outstanding consultation processes will take at least 2 months to complete. Accordingly, OIP will be unable to complete processing of records before, at the earliest, late September, 2021.

In light of the foregoing status, the Parties propose filing a further joint status report by October 9, 2021, in which they anticipate proposing a schedule for summary judgment briefing in this litigation if possible, or otherwise updating the Court regarding the status of these proceedings.

Dated: July 8, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

/s/ *Eric W. Lee*
Eric W. Lee
D.C. Bar No. 1049158
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172
elee@judicialwatch.org

*Counsel for Plaintiff*

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *James Powers*
JAMES R. POWERS
(TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*