IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 19-cv-726 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order signed November 2, 2021, the Parties submit the following joint status report and attached proposed order.

There are two FOIA requests at issue in this lawsuit, one directed to the FBI, Compl. ¶ 6, and one to the Department of Justice ("DOJ") Office of Information Policy ("OIP"), Compl. ¶ 12. FBI has completed its response to the request and, at Plaintiff's request and for negotiation purposes, provided Plaintiff with a *Vaughn* index for all documents withheld in full and a description of the search methodology employed in responding to the FOIA request. Plaintiff is currently evaluating FBI's search and disclosures.

OIP has provided the same information to Plaintiff regarding its response to the request and the Parties have met and conferred regarding OIP's search and disclosures. As previously reported to the Court, ECF No. 15, OIP discovered that it had inadvertently excluded certain custodians from its search that may possess responsive records. OIP informed Plaintiff and completed a supplemental search, identifying approximately 545 pages of potentially responsive records. OIP provided an interim release of 257 pages to Plaintiff on May 6, 2021, with the remaining 289 pages outstanding in consultation with other agencies with equities in these records.

OIP also conducted a supplemental search on classified systems for records responsive to the request pursuant to a lead identified in the unclassified search. OIP identified approximately 104 additional pages containing records responsive to Plaintiff's request and has reviewed the records, but is unable to complete processing at this time as these records are currently also in the consultation process with other Department components. These classified records were sent out for consultation shortly before the Parties' most recent joint status report, submitted July 9, 2021.

OIP previously reported that it anticipated completing the outstanding consultation review by November 8, 2021. OIP has completed the review and anticipates providing an interim response to Plaintiff on or about November 30, 2021, and a final response by January 14, 2022.

In light of the foregoing status, the Parties propose filing a further joint status report by January 21, 2022, updating the Court regarding the status of these proceedings.

Dated: November 19, 2021                                    Respectfully submitted,

                                                            BRIAN M. BOYNTON
/s/ Eric W. Lee                                             Acting Assistant Attorney General
Eric W. Lee
D.C. Bar No. 1049158                                        ELIZABETH J. SHAPIRO
Ramona R. Cotca                                             Deputy Director
D.C. Bar No. 501159
JUDICIAL WATCH, INC.                                        /s/ James Powers
425 Third Street, S.W., Suite 800                           JAMES R. POWERS
Washington, DC 20024                                        (TX Bar No. 24092989)
(202) 646-5172                                              Trial Attorney
elee@judicialwatch.org                                      U.S. Department of Justice
                                                            Civil Division, Federal Programs Branch
*Counsel for Plaintiff*                                     1100 L Street, NW
                                                            Washington, DC  20005
                                                            Phone: (202) 353-0543
                                                            Email: james.r.powers@usdoj.gov

                                                            *Counsel for Defendant*